**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-2496**

———————————

LOYLESS B. TUCKER,

Plaintiff - Appellant,

and

REGINALD A. LEE, SR.; WILLIAM E. REID, JR.,

Plaintiffs,

versus

JOHN B. DALTON, Secretary; DEPARTMENT OF THE
NAVY,

Defendants - Appellees,

versus

JAMES L. CRAWFORD,

Movant.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CA-96-113-2-18AJ)

———————————

Submitted:  December 26, 1996        Decided:  January 21, 1997

———————————

Before HAMILTON, LUTTIG, and MICHAEL, Circuit Judges.

———————————

---

Dismissed by unpublished per curiam opinion.

---

Loyless B. Tucker, Appellant Pro Se. John Harris Douglas, Assistant United States Attorney, Charleston, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for appointment of his choice of representative. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We note that our dismissal renders moot Appellant's motion to expedite this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED